UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL GARRETT,<br>  Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>  Defendant. | Case No.  24-cv-03588-DMR<br><br>**ORDER TO SHOW CAUSE RE SERVICE OF COMPLAINT** |

Plaintiff Samuel Garrett filed the complaint on June 13, 2024.  It appears that the summons and complaint have not yet been served on Defendant.  Pursuant to Federal Rule of Civil Procedure 4(m), the court must dismiss an action without prejudice if a defendant is not served within 90 days after the complaint is filed.  Accordingly, Plaintiff is hereby ORDERED to show cause in writing by no later than **September 18, 2024** why this action should not be dismissed without prejudice for failure to serve the summons and complaint on Defendant by the September 11, 2024 service deadline.  The Initial Case Management Conference set for September 18, 2024 at 1:00 PM is VACATED.

**IT IS SO ORDERED.**

Dated: September 12, 2024



Donna M. Ryu
Chief Magistrate Judge